61 F.3d 894
 Thomas A. Burke, William F. Burke, Jr., William F. Burke,
Sr., Modular Development Corporation
v.
Phyllis Ford, Contract Administrator for Office of Housing
and Community Development of City of Philadelphia, W. Wilson
Goode, Mayor of City of Philadelphia, Arvelle Jones,
Director of Operations of Office of Housing and Community
Development of City of Philadelphia, Raymond Kahn, Contract
Auditor of Office of Housing and Community Development of
City of Philadelphia,
 NO. 94-2076
 United States Court of Appeals,
Third Circuit.
 June 12, 1995
 Appeal From: E.D.Pa., No. 92-cv-05811
 
 1
 APPEAL DISMISSED.
 
 
 2
 Federal Reporter. The Third Circuit provides by rule for the reporting of opinions having 'precedential or institutional value. An opinion which appears to have value only to the trial court or the parties is ordinarily not published.' The Federal Reporter tables are prepared from lists of cases terminated by judgment orders, unpublished per curiam opinions and unpublished signed opinions, indicating the disposition of each case, transmitted by the Court. Third Circuit Rules, App. 1, Internal Operating Procedures, Ch. 5, sec. 5.1, 28 U.S.C.A.)